chattels, and credits of Andrew Neidnig, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs. See, also, 123 App. Div. 894, 108 N. Y. Supp. 478.

NETOGRAPH MFG. CO. v. SCRUGHAM. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by the Netograph Manufacturing Company against George R. Scrugham. No opinion. Motion granted, and question certified. Order filed.

NEWELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Herbert E. Newell against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

NEWMAN, Respondent, v. OAKS HOTEL CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Frederick W. Newman against the Oaks Hotel Company. No opinion. Motion denied.

NEW YORK AUTOMOBILE CO., Appellant, v. FRANKLIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by the New York Automobile Company against Herbert H. Franklin and others.

PER CURIAM. Judgment affirmed, with separate bills of costs to defendants answering by separate attorneys. See, also, 49 Misc. Rep. 8, 97 N. Y. Supp. 781.

KRUSE, J., dissents.

NEW YORK CENT. & H. R. R. CO., Respondent, v. LALLY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by the New York Central & Hudson River Railroad Company against Catherine M. Lally and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 62 Misc. Rep. 506, 115 N. Y. Supp. 897.

NEW YORK EDISON CO. v. CITY OF NEW YORK. UNITED ELECTRIC LIGHT & POWER CO. v. SAME. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Actions by the New York Edison Company and by the United Electric Light & Power Company against the City of New York. No opinions. Motions denied. Orders filed. See, also, 118 N. Y. Supp. 238, 240.

NEW YORK LIFE INS. CO. v. WOLF et al. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by the New York Life Insurance Company against Tony Wolf and others. No opinion. Motion denied, with $10 costs.

NEW YORK PRODUCE EXCHANGE BANK v. TWELFTH WARD BANK OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by the New York Produce Exchange Bank against the Twelfth Ward Bank of the City of New York. No opinion. Motion to dismiss appeal granted, unless appellant have appeal ready for argument at the November term. Order filed. See, also, 62 Misc. Rep. 69, 115 N. Y. Supp. 998.

NEW YORK UNIVERSITY v. AMERICAN BOOK CO. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by the New York University against the American Book Company. No opinion. Motion granted, and question certified. Order filed. See, also, 117 N. Y. Supp. 387.

NIAGARA LOAN ASS'N, Appellant, v. BENTLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by the Niagara Loan Association against Adeline Bentley.

PER CURIAM. Judgment affirmed with costs.

McLENNAN, P. J., and SPRING, J., dissent, upon the ground that by the provisions of the statute under which the plaintiff was doing business and by the terms of the note in suit it was entitled to interest at the rate of 2 per cent. per month after the loan became due.

NIAGARA WOOLEN CO., Appellant, v. PACIFIC BANK, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by the Niagara Woolen Company against the Pacific Bank. R. Wolf, for appellant. E. Blumenstiel, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT, J., dissents.

NIBLOCK, Respondent, v. SPRAGUE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Peter Niblock against Homer Sprague. No opinion. Judgment and order affirmed, with costs.

NICHOLS et al., Respondents, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Evelyn A. Nichols and another against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment (61 Misc. Rep. 195, 114 N. Y. Supp. 942) unanimously affirmed, with costs.

KELLOGG, J., not sitting.

In re NICHOLAS AVE. IN CITY OF NEW YORK (four cases). (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of the application of the City of New York relative to acquiring title, wherever the same has not been heretofore ac-